UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUE BERTHOLD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No.  4:20-CV-01167-DDN |
| | ) |
| THE STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO STAY

Plaintiff Sue Berthold ("Plaintiff") and defendant The Standard Fire Insurance Company ("Defendant"), by and through their respective undersigned counsel, for their Joint Motion to Stay, state as follows:

1. Plaintiff filed this action on August 27, 2020 (Doc. 1).

2. Defendant's response to the complaint is due on or before February 15, 2021.

3. The legal arguments and issues in the instant action are similar to those made in the case styled *White Knight Diner, LLC v. Arbitration Forums, Inc.*, E.D. Mo. case number 4:17-cv-02406-MTS ("White Knight Action").

4. The parties in the White Knight Action are pursuing dispositive motions on some or all of the legal issues raised in that case.

5. The parties believe that resolution of the legal issues in the White Knight Action may assist the parties in resolving some of the issues in this case.

6. Therefore, in the interests of economy and efficiency, the parties jointly move the Court for an order staying this action, and all deadlines in this action including defendant's deadline to respond to the complaint, for a period of six (6) months.

1

7. The relief requested herein will prejudice no party.

**WHEREFORE** plaintiff Sue Berthold and defendant The Standard Fire Insurance Company respectfully move the Court for an order consistent with the foregoing, and for such further relief as this Court deems just and proper.

Respectfully Submitted,

 /s/ Joseph A. Kronawitter
Robert A. Horn                       Mo Bar #28176MO
Joseph A. Kronawitter         MO Bar #49280MO
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com

***Attorneys for Defendant The Standard Fire Insurance Company***


 /s/ Anthony R. Friedman
John G. Simon, #35231
Anthony G. Simon, #38745
Benjamin R. Askew, #58933
Anthony R. Friedman, #65531
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2929
jsimon@simonlawpc.com
asimon@simonlawpc.com
baskew@simonlawpc.com
afriedman@simonlawpc.com

Michael D. Stokes
Gonzalo A. Fernandez
DEVEREAUX, STOKES, NOLAN, FERNANDEZ
   & LEONARD
133 S. 11th Street, Suite 350
St. Louis, Missouri 63102
Telephone: (314) 621-3743
Facsimiles: (314) 621-5705
lori@stltriallawyers.com
gonz@stltriallawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

  */s/ Joseph A. Kronawitter*
