UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUE BERTHOLD, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:20 CV 1167 DDN |
| THE STANDARD FIRE INSURANCE COMPANY, | ) |
|     Defendant. | ) |

**ORDER
STAYING CASE AND
SETTING STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the parties' joint motion to stay this action pending some resolution in 4:17 cv 2406 MTS, *White Knight Diner v. Arbitration Forums, Inc.*, (Doc. 17) **is sustained.**

**IT IS FURTHER ORDERED** the deadline for filing defendant's answer or other responsive pleading is extended up to and including **August 17, 2021.**

**IT IS FURTHER ORDERED** that a status conference of the Court with counsel for all parties is set for **Monday, August 9, 2021, at 2:00 p.m.**



                                /s/ David D. Noce
                          **UNITED STATES MAGISTRATE JUDGE**

Signed on February 17, 2021.