UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUE BERTHOLD,<br><br>            Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 4:20-cv-1167-DDN |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Sue Berthold ("Plaintiff") and pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby serves this Notice of Voluntary Dismissal Without Prejudice of Defendant The Standard Fire Insurance Company. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) this notice is being filed before the opposing party has served either an answer or motion for summary judgment.

Dated:  August 9, 2021

Respectfully submitted,

*/s/ Anthony R. Friedman*
Anthony G. Simon, MO#38745
Anthony R. Friedman, MO#65531
Paul J. Tahan, MO#73037
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
(314) 241-2929
asimon@simonlawpc.com
afriedman@simonlawpc.com
ptahan@simonlawpc.com

Michael D. Stokes
Gonzalo A. Fernandez
133 S. 11th Street, Suite 350
St. Louis, Missouri 63102
(314) 621-3743
lori@stltriallawyers.com
gonz@stltriallawyers.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system on this 9th day of August, 2021, on all counsel of record for this matter.

/s/ *Anthony R. Friedman*