## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SUE BERTHOLD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 4:20 CV 1167 DDN |
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

**Plaintiff's Voluntary Dismissal Without Prejudice (Doc. 21) is SO ORDERED.**

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on August 10, 2021.